IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Jerry L. Moses, ) | C/A NO. 0:09-2623-CMC |
| Plaintiff, ) | |
| ) | **OPINION and ORDER** |
| v. ) | |
| Willie J. Duncan, Cleo White, ) | |
| Cliff Bufford, Raymond Carolina, and ) | |
| New Hope Missionary Baptist Church, ) | |
| Defendants.[1] ) | |

This matter is before the court on Plaintiff's complaint, raising several claims under 42 U.S.C. § 1983 and asserting various pendant state law claims. The complaint alleges, *inter alia*, constitutional and state law violations in relation to events preceding an Application for Involuntary Emergency Hospitalization for Mental Illness and the corresponding "Order of Detention" issued July 20, 2009, in the Probate Court of Lancaster County, South Carolina.

Defendants have moved for summary judgment as to all of Plaintiff's claims. Plaintiff has responded, and Defendants have replied.

For the reasons stated by Defendants in their motions for summary judgment and memoranda in support thereof, with which this court agrees and adopts, Defendants are **granted** summary judgment as to all of Plaintiff's claims and this action is dismissed with prejudice.

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
February 9, 2011

---

[1] Defendant Sarah Brickhouse was previously dismissed from this action on June 24, 2010.

1